# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARK WILLIAM KEOUGH, <br><br> Defendant. | Case No.: 18CR3971-LAB <br><br> ORDER AND JUDGMENT TO DISMISS THE INFORMATION WITHOUT PREJUDICE |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the INFORMATION in the above-entitled case be dismissed without prejudice in the interests of justice.

IT IS SO ORDERED.

DATED: __October 17__, 2018.

_____
Honorable Larry Alan Burns
United States District Court Judge